STATE of Missouri,
Plaintiff/Respondent,

v.

Curtis BASKETT, Defendant/Appellant.

No. 62537.

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1993.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied June 23, 1993.

Henry W. Cummings, St. Charles, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of conspiracy to commit first degree robbery, § 564.016, RSMo 1986. He was sentenced by the court as a class X offender to a term of six years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).

STATE of Missouri ex rel. MISSOURI HIGHWAY & TRANSPORTATION COMMISSION, Appellant,

v.

Herschel J. PARR, et al., Exceptions of Rex L. Siemer, et al., Respondent.

No. WD 44526.

Missouri Court of Appeals,
Western District.

June 8, 1993.

Michael L. Jackson, Asst. Government Counsel, and Rich Tiemeyer, Chief Counsel, Mo. Highway & Transp. Comm., Jefferson City, for appellant.

Jack N. Peace, Trenton, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM.

The Missouri Highway and Transportation Commission appeals from a circuit court order granting a new trial to determine damages caused by property condemnation to landowners Siemers.

JUDGMENT AFFIRMED. RULE 84.-16(b).